Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−23618−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda M. Karolewicz                                Darren Karolewicz
   23 Wittenberg Dr                                      23 Wittenberg Dr
   Fords, NJ 08863−1214                            Fords, NJ 08863−1214

Social Security No.:
   xxx−xx−1351                                                xxx−xx−9417

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 9/4/19
Time:               10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 6, 2019
JAN: pbf

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                         Case No. 19-23618-CMG
Amanda M. Karolewicz                                           Chapter 13
Darren Karolewicz
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 3          Date Rcvd: Aug 06, 2019
                              Form ID: 132                Total Noticed: 103


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
db/jdb         Amanda M. Karolewicz,   Darren Karolewicz,   23 Wittenberg Dr,   Fords, NJ 08863-1214
cr            +CJFCU,   380 Berry Street,   Woodbridge, NJ 07095-3347
cr            +Quicken Loans Inc.,   216 Haddon Avenue. Suite 406,   Westmont, NJ 08108-2812
518349356    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX 79998-2238)
518349357      Bank of America,   4909 Savarese Cir,   Tampa, FL 33634-2413
518349359      Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE 19899-8803
518349358      Barclays Bank Delaware,   Attn: Correspondence,   PO Box 8801,   Wilmington, DE 19899-8801
518349360      Best Buy/Cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
518349361      Best Buy/Cbna,   Citibank Corp/Centralized Bankruptcy,   PO Box 790034,
               Saint Louis, MO 63179-0034
518349362      Cap1/dbarn,   Capital,   1 Retail Srvs Attn Bankruptcy,   Salt Lake City, UT 84101
518349363      Cap1/dbarn,   PO Box 30253,   Salt Lake City, UT 84130-0253
518349364      Capital Bank,   Attn: Bankruptcy,   1 Church St Ste 300,   Rockville, MD 20850-4190
518349369      Chase Card Services,   Attn: Bankruptcy,   PO Box 15298,   Wilmington, DE 19850-5298
518349370      Citi,   PO Box 6190,   Sioux Falls, SD 57117-6190
518349371      Citi/Sears,   Citibank/Centralized Bankruptcy,   PO Box 790034,   Saint Louis, MO 63179-0034
518349372      Citibank/the Home Depot,   Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,
               Saint Louis, MO 63179-0034
518349373      Comenitybank/New York,   Attn: Bankruptcy,   PO Box 18215,   Columbus, OH 43081
518349377      Costco Anywhere Visa Card,   Attn: Bankruptcy,   PO Box 6500,   Sioux Falls, SD 57117-6500
518349378    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services LLC,   Attn: President/CEO,   PO Box 81577,
               Austin, TX 78708-1577)
518349380      DISCOVER BANK,   CO WELTMAN WEINBERG REIS,   170 S Independence Mall W Ste 874W,
               Philadelphia, PA 19106-3334
518349379      Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Blvd,
               Mason, OH 45040-8999
518364078    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Co LLC,   POB 62180,
               Colorado Springs, CO 80962-4400)
518349383      Fed Loan Serv,   PO Box 60610,   Harrisburg, PA 17106-0610
518349384      FedLoan Servicing,   Attn: Bankruptcy,   PO Box 69184,   Harrisburg, PA 17106-9184
518349385      Ford Motor Credit Comp,   PO Box 542000,   Omaha, NE 68154-8000
518376015     +Greensky, LLC,   1797 Northeast Expressway,   Suite 100,   Atlanta, GA 30329-2451
518349388     +Home Point Financial C,   4849 Greenville Ave,   Dallas, TX 75206-4191
518349389     +Home Point Financial Corp,   Attn: Correspondence,   11511 Luna Rd Ste 200,
               Dallas, TX 75234-6451
518375533     +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
518349390      Jpmcb Card,   PO Box 15369,   Wilmington, DE 19850-5369
518349391      Kohls/Capital One,   Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
518349393      Linoln Automotive Financial Services,   Attn: Bankruptcy,   PO Box 542000,
               Omaha, NE 68154-8000
518349394      Macys/dsnb,   PO Box 8218,   Mason, OH 45040-8218
518349396      Navient,   Attn: Bankruptcy,   PO Box 9000,   Wilkes Barre, PA 18773-9000
518349395     +Navient,   123 S Justison St,   Wilmington, DE 19801-5363
518349397      Pnc Bank,   Attn: Bankruptcy Department,   PO Box 94982,   Cleveland, OH 44101-4982
518349398      Pnc Bank, N.A.,   PO Box 3180,   Pittsburgh, PA 15230-3180
518349401      Raymour & Flanigan,   Attn: Bankruptcy,   PO Box 130,   Liverpool, NY 13088-0130
518349402      Rothman Furn,   Attn: Bankruptcy Mac F8235-02F,   PO Box 10438,   Des Moines, IA 50306-0438
518349403      Sears/Cbna,   PO Box 6217,   Sioux Falls, SD 57117-6217
518349404      Suntrust Bank/Greensky,   Attn: Bankruptcy,   PO Box 29429,   Atlanta, GA 30359-0429
518349405      Suntrustbank/Gs Loan S,   1797 Northeast Expy NE,   Atlanta, GA 30329-7803
518349420      Target,   Attn: Bankruptcy,   PO Box 9475,   Minneapolis, MN 55440-9475
518349421      Td Auto Finance,   PO Box 9223,   Farmington, MI 48333-9223
518349422      Td Auto Finance,   Attn: Bankruptcy Dept,   PO Box 9223,   Farmington Hills, MI 48333-9223
518349423      Td Bank USA/Targetcred,   PO Box 673,   Minneapolis, MN 55440-0673
518349424      Thd/Cbna,   PO Box 6497,   Sioux Falls, SD 57117-6497
518349425      Time Investment Co,   929 E North Riv,   West Bend, WI 53090
518349427      Tnb-Visa (TV) / Target,   C/O Financial & Retail Services Mailstop,   PO Box 9475,
               Minneapolis, MN 55440-9475
518349428    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank/Rms Cc,   Attn: Bankruptcy,   PO Box 5229,
               Cincinnati, OH 45201-5229)
518349430      US Dep Ed,   PO Box 5609,   Greenville, TX 75403-5609
518349431      US Dept of Education,   Attn: Bankruptcy,   PO Box 16448,   Saint Paul, MN 55116-0448
518349432    ++VALLEY,   ATTN ATTN LEGAL DEPARTMENT,   1455 VALLEY ROAD,   WAYNE NJ 07470-8448
               (address filed with court: Valley National Bank,   Attn: Legal Dept,   1455 Valley Rd,
               Wayne, NJ 07470-2089)
518349433     +Valley National Bank,   1460 Valley Rd,   Wayne, NJ 07470-8494
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Aug 06, 2019
                                  Form ID: 132             Total Noticed: 103


518349443      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701-4747)
518349434        Webbank/dfs,    PO Box 81607,    Austin, TX 78708-1607
518349435        Wells Fargo,    PO Box 94435,    Albuquerque, NM 87199-4435
518349436        Wells Fargo Auto Finance,    Attn: Bankruptcy,    PO Box 29704,    Phoenix, AZ 85038-9704
518349438       +Wells Fargo Bank,    PO BOX 503,    Des Moines, IA 50302-0503
518349437        Wells Fargo Bank,    Attn: Bankruptcy,    PO Box 10438,    Des Moines, IA 50306-0438
518349439        Wells Fargo Bank Auto,    PO Box 29704,    Phoenix, AZ 85038-9704
518349440        Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus # MAC X2303-01A,
                  Des Moines, IA 50328-0001
518349441        Wells Fargo Bank Nv NA,    PO Box 94435,    Albuquerque, NM 87199-4435
518349442        Wells Fargo Financial,    PO Box 94435,    Albuquerque, NM 87199-4435
518349444        Wells Fargo Home Equity,    Attn: Bankruptcy,    PO Box 29704,    Phoenix, AZ 85038-9704
518349445        Wfb Auto,    PO Box 10709,    Raleigh, NC 27605-0709
518349446        Wffnb/Home Project Vis,    PO Box 94435,    Albuquerque, NM 87199-4435
518349447        Wffnb/raymour & Faniga,    PO Box 94435,    Albuquerque, NM 87199-4435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:04      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518349365        E-mail/Text: bkr@cardworks.com Aug 06 2019 23:58:57      Capital Bank,N.A.,    PO Box 9224,
                  Old Bethpage, NY 11804-9224
518349366        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2019 00:02:00      Capital One,
                  Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518349367        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2019 00:01:25
                  Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT 84130-0281
518349368        E-mail/Text: collections@cjfcu.org Aug 06 2019 23:59:12      Central Jersey Fcu,    123 Green St,
                  Woodbridge, NJ 07095-2910
518349375        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 23:59:54      ComenityCapital/Boscov,
                  Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
518349374        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 23:59:54      Comenitybank/Ny&Co,
                  PO Box 182789,    Columbus, OH 43218-2789
518349376        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2019 23:59:54      Comenitycb/boscov,
                  PO Box 182120,    Columbus, OH 43218-2120
518349382        E-mail/Text: mrdiscen@discover.com Aug 06 2019 23:59:13      Discover Financial,
                  Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
518359692        E-mail/Text: mrdiscen@discover.com Aug 06 2019 23:59:13      Discover Bank,
                  Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518349381        E-mail/Text: mrdiscen@discover.com Aug 06 2019 23:59:13      Discover Fin Svcs LLC,
                  PO Box 15316,    Wilmington, DE 19850-5316
518376046        E-mail/Text: bk@freedomfinancialnetwork.com Aug 06 2019 23:59:02
                  Freedom Financial Asset Management, LLC,    P.O.Box 2340,    Phoenix, AZ 85002
518349386        E-mail/Text: bk@freedomfinancialnetwork.com Aug 06 2019 23:59:02      Freedom Plus,
                  1875 S Grant St,    San Mateo, CA 94402-2666
518349387        E-mail/Text: bk@freedomfinancialnetwork.com Aug 06 2019 23:59:02      Freedom Plus,
                  Attn: Bankruptcy,    PO Box 2340,    Phoenix, AZ 85002-2340
518349392       +E-mail/Text: bncnotices@becket-lee.com Aug 06 2019 23:59:22      Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518349400        E-mail/Text: bankruptcyteam@quickenloans.com Aug 07 2019 00:00:22      Quicken Loans,
                  Attn: Bankruptcy,    1050 Woodward Ave,    Detroit, MI 48226-1906
518349399        E-mail/Text: bankruptcyteam@quickenloans.com Aug 07 2019 00:00:22      Quicken Loans,
                  1050 Woodward Ave,    Detroit, MI 48226-1906
518376909       +E-mail/Text: bankruptcyteam@quickenloans.com Aug 07 2019 00:00:22      Quicken Loans Inc.,
                  635 Woodward Avenue,    Detroit, MI 48226-3408
518349411        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:28      Syncb/Pc Richard,    C/o,
                  PO Box 965036,    Orlando, FL 32896-5036
518349406        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:21      Syncb/ashley Homestore,    C/o,
                  PO Box 965036,    Orlando, FL 32896-5036
518349407        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:53      Syncb/jcp,    PO Box 965007,
                  Orlando, FL 32896-5007
518349408        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:20      Syncb/lowes,    PO Box 956005,
                  Orlando, FL 32801
518349409        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:20      Syncb/mc,    PO Box 965005,
                  Orlando, FL 32896-5005
518349410        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:28      Syncb/oldnavydc,    PO Box 965005,
                  Orlando, FL 32896-5005
518349412        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:28      Syncb/sleepys,    C/o,
                  PO Box 965036,    Orlando, FL 32896-5036
518349413        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:21      Synchrony Bank,
                  Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
518350806       +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:53      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518349414        E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:21      Synchrony Bank/ Jc Penneys,
                  Attn: Bankruptcy,    PO Box 956060,    Orlando, FL 32801-5060
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Aug 06, 2019
                              Form ID: 132             Total Noticed: 103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518349415      E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:53      Synchrony Bank/Hh Gregg,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
518349416      E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:20      Synchrony Bank/Lowes,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
518349417      E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:29      Synchrony Bank/Old Navy,
               Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL  32896-5060
518349418      E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:31      Synchrony Bank/Pc Richard,
               Attn: Bankruptcy,   PO Box 965060,   Orlando, FL  32896-5060
518349419      E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:02:29
               Synchrony/Ashley Furniture Homestore,   Attn: Bankruptcy,   PO Box 965060,
               Orlando, FL  32896-5060
518349426      E-mail/Text: bankruptcy@timeinvestment.com Aug 07 2019 00:00:07
               Time Investment Company, Inc.,   Attn: Bankruptcy,   100 N 6th Ave,
               West Bend, WI  53095-3306
518349431      E-mail/Text: EDBKNotices@ecmc.org Aug 06 2019 23:59:11      US Dept of Education,
               Attn: Bankruptcy,   PO Box 16448,   Saint Paul, MN  55116-0448
                                                                                            TOTAL: 36

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518361484*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,   Dept. 55953,   PO Box 55000,
               Detroit, MI.  48255-0953)
518371006*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company, LLC,   P.O. Box 62180,
               Colorado Springs, CO 80962)
518349429*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  US Bk Rms Cc,   PO Box 108,   Saint Louis, MO  63166-0108)
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
```
         Albert   Russo    docs@russotrustee.com
         Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Robert J. Malloy    on behalf of Creditor   CJFCU ecf.rjmalloylaw@gmail.com
         Steven J Sico    on behalf of Joint Debtor Darren  Karolewicz sjs@stevensico.com,
          stevensico@gmail.com
         Steven J Sico    on behalf of Debtor Amanda M. Karolewicz sjs@stevensico.com,   stevensico@gmail.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```