UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Amanda Karolewicz and Darren Karolewicz

Case No.: 19-23618

Chapter: 13

Judge: Christine M. Gravelle

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Steven J Sico,, Esq.

This will confirm that on 8/5/2019 the following document(s) was filed by you.

- ☒ Amendment to Schedule(s) I & J ,
- ☐ Missing Documents, including Schedule(s) ,

This will further confirm that the court has not received the following supplemental documents:

- ☐ Declaration About an Individual Debtor's Schedules (106 Declaration)
- ☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]
- ☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)
- ☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 8/7/2019                        Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Amanda M. Karolewicz  
Darren Karolewicz  
    Debtors

Case No. 19-23618-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 08, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.  
db/jdb         Amanda M. Karolewicz,    Darren Karolewicz,    23 Wittenberg Dr,    Fords, NJ   08863-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:  
              Albert    Russo     docs@russotrustee.com  
              Kevin Gordon McDonald     on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
              Robert J. Malloy     on behalf of Creditor    CJFCU ecf.rjmalloylaw@gmail.com  
              Steven J Sico     on behalf of Joint Debtor Darren   Karolewicz sjs@stevensico.com,  stevensico@gmail.com  
              Steven J Sico     on behalf of Debtor Amanda M. Karolewicz sjs@stevensico.com,   stevensico@gmail.com  
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 6