UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49636
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

Order Filed on December 2, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

AMANDA M. KAROLEWICZ
DARREN KAROLEWICZ

Case No.: 19-23618)

Adv. No.:

Hearing Date: 11-6-19

Judge:  CMG

# ORDER RESOLVING OBJECTION TO CONFIRMATION AND PROVIDING FOR LEASE ASSUMPTION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 2, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Amanda and Darryl Karolewicz**
**19-23618(CMG)**
**Order Resolving Objection to Confirmation and Providing for Lease assumption**
**Page 2**

This matter having been brought on before this Court on motion for objection to confirmationj filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Steven Sico, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company is the servicer for CAB EAST LLC the owner and lessor of 2016 FORD TAURUS bearing vehicle identification number 1FAHP2KT6GG135654 (hereinafter the "vehicle").

2. At the end of the lease, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall have immediate stay relief to repossess and sell the vehicle without any application to the Court or notice to the debtor or his attorney unless the debtor has purchased the vehicle in accordance with the lease end purchase option.