**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**ALBERT RUSSO**
**CN 4853**
**TRENTON, NEW JERSEY 08650**
**(609) 587-6888**

**STANDING CHAPTER 13 TRUSTEE**

In Re:

**AMANDA M. KAROLEWICZ**

**DARREN KAROLEWICZ**

**Debtor(s)**

Order Filed on December 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   19-23618 CMG

Hearing:    11/20/19

Judge   Christine M. Gravelle

## ORDER RESOLVING TRUSTEE'S OBJECTION

## TO DEBTOR'S CLAIM OF EXEMPTIONS

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: December 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Trustee's objection to debtors' claim of exemptions on Amended Schedule C, Doc #36; and it appearing that an excessive exemption was taken on Amended Schedule C under 11 U.S.C. §522 (d)(5); and no response was filed on Trustee's objection; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS HEREBY ORDERED** that:

1.  Debtors' exemptions claimed in Amended Schedule C (Doc #36) under 11 U.S.C. §522 (d)(5) exceed the statutory limits by $20,252.70. The debtors are limited to exemptions claimed under this Code section to $2,650.00.

2.  In addition, Debtors improperly claimed 100% of the market value ($26,069.85) in the AXA 401 K under 11 U.S.C. §522 (d)(5). This is the incorrect section under the Code to exempt this asset.