| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>49636<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>856-866-0100<br>Attorney for Ford Motor Credit Company LLC,<br>servicer for CAB EAST LLC | **Order Filed on December 2, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>AMANDA M. KAROLEWICZ<br>DARREN KAROLEWICZ | Case No.: 19-23618)<br><br>Adv. No.:<br><br>Hearing Date: 11-6-19<br><br>Judge: CMG |

**ORDER RESOLVING OBJECTION TO CONFIRMATION AND PROVIDING FOR LEASE ASSUMPTION**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 2, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Amanda and Darryl Karolewicz**
**19-23618(CMG)**
**Order Resolving Objection to Confirmation and Providing for Lease assumption**
**Page 2**

This matter having been brought on before this Court on motion for objection to confirmationj filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Steven Sico, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company is the servicer for CAB EAST LLC the owner and lessor of 2016 FORD TAURUS bearing vehicle identification number 1FAHP2KT6GG135654 (hereinafter the "vehicle").

2. <u>At the end of the lease, Ford Motor Credit Company LLC, servicer for CAB EAST LLC shall have immediate stay relief to repossess and sell the vehicle without any application to the Court or notice to the debtor or his attorney unless the debtor has purchased the vehicle in accordance with the lease end purchase option.</u>

United States Bankruptcy Court
District of New Jersey

In re:  
Amanda M. Karolewicz  
Darren Karolewicz  
    Debtors

Case No. 19-23618-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 02, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.  
db/jdb         Amanda M. Karolewicz,    Darren Karolewicz,    23 Wittenberg Dr,    Fords, NJ    08863-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:

         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Robert J. Malloy    on behalf of Creditor    CJFCU ecf.rjmalloylaw@gmail.com  
         Steven J Sico    on behalf of Joint Debtor Darren    Karolewicz sjs@stevensico.com, stevensico@gmail.com  
         Steven J Sico    on behalf of Debtor Amanda M. Karolewicz sjs@stevensico.com, stevensico@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                       TOTAL: 8