**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**ALBERT RUSSO
CN 4853
TRENTON, NEW JERSEY 08650
(609) 587-6888**

**STANDING CHAPTER 13 TRUSTEE**

In Re:

**AMANDA M. KAROLEWICZ**

**DARREN KAROLEWICZ**

Debtor(s)

Order Filed on December 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   19-23618 CMG

Hearing:   11/20/19

Judge   Christine M. Gravelle

# ORDER RESOLVING TRUSTEE'S OBJECTION
## TO DEBTOR'S CLAIM OF EXEMPTIONS

The relief set forth on the following pages, numbered two (2), is ORDERED.

**DATED: December 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**THIS MATTER**, having come before the Court on Trustee's objection to debtors' claim of exemptions on Amended Schedule C, Doc #36; and it appearing that an excessive exemption was taken on Amended Schedule C under 11 U.S.C. §522 (d)(5); and no response was filed on Trustee's objection; and, this Order being submitted pursuant to D.N.J. LBR 9072-1(d), (7 Day Rule); and, no objection being received thereon; and, for good cause shown;

**IT IS HEREBY ORDERED** that:

1. Debtors' exemptions claimed in Amended Schedule C (Doc #36) under 11 U.S.C. §522 (d)(5) exceed the statutory limits by $20,252.70. The debtors are limited to exemptions claimed under this Code section to $2,650.00.

2. In addition, Debtors improperly claimed 100% of the market value ($26,069.85) in the AXA 401 K under 11 U.S.C. §522 (d)(5). This is the incorrect section under the Code to exempt this asset.

United States Bankruptcy Court
District of New Jersey

In re:  
Amanda M. Karolewicz  
Darren Karolewicz  
    Debtors

Case No. 19-23618-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 04, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db/jdb         Amanda M. Karolewicz,    Darren Karolewicz,    23 Wittenberg Dr,    Fords, NJ   08863-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Robert J. Malloy    on behalf of Creditor    CJFCU ecf.rjmalloylaw@gmail.com  
         Steven J Sico    on behalf of Joint Debtor Darren   Karolewicz sjs@stevensico.com,  stevensico@gmail.com  
         Steven J Sico    on behalf of Debtor Amanda M. Karolewicz sjs@stevensico.com,   stevensico@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 8