Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 19−23618−CMG
          Chapter: 13
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Amanda M. Karolewicz          Darren Karolewicz
  23 Wittenberg Dr          23 Wittenberg Dr
  Fords, NJ 08863−1214          Fords, NJ 08863−1214

Social Security No.:
  xxx−xx−1351          xxx−xx−9417

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 15, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 15, 2020
JAN: rms

                                        Jeanne Naughton
                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 19-23618-CMG
Amanda M. Karolewicz                                        Chapter 13
Darren Karolewicz
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Jul 15, 2020
                              Form ID: 148             Total Noticed: 113


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db/jdb         Amanda M. Karolewicz,    Darren Karolewicz,    23 Wittenberg Dr,    Fords, NJ 08863-1214
cr            +CJFCU,   380 Berry Street,    Woodbridge, NJ 07095-3347
cr            +Ford Motor Credit Company LLC., servicer for CAB E,    P.O. Box 62180,
               Colorado Springs, CO 80962-2180
cr            +Quicken Loans Inc.,    216 Haddon Avenue. Suite 406,    Westmont, NJ 08108-2812
518349360      Best Buy/Cbna,   PO Box 6497,    Sioux Falls, SD 57117-6497
518349361      Best Buy/Cbna,   Citibank Corp/Centralized Bankruptcy,    PO Box 790034,
               Saint Louis, MO 63179-0034
518349363      Cap1/dbarn,   PO Box 30253,    Salt Lake City, UT 84130-0253
518349362      Cap1/dbarn,   Capital,   1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT 84101
518349364      Capital Bank,   Attn: Bankruptcy,    1 Church St Ste 300,    Rockville, MD 20850-4190
518349371      Citi/Sears,   Citibank/Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
518349377      Costco Anywhere Visa Card,    Attn: Bankruptcy,   PO Box 6500,    Sioux Falls, SD 57117-6500
518349380      DISCOVER BANK,   CO WELTMAN WEINBERG REIS,    170 S Independence Mall W Ste 874W,
               Philadelphia, PA 19106-3334
518349383      Fed Loan Serv,   PO Box 60610,    Harrisburg, PA 17106-0610
518349384      FedLoan Servicing,   Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
518376015     +Greensky, LLC,   1797 Northeast Expressway,    Suite 100,    Atlanta, GA 30329-2451
518349389     +Home Point Financial Corp,    Attn: Correspondence,   11511 Luna Rd Ste 200,
               Dallas, TX 75234-6451
518375533     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
518349391      Kohls/Capital One,   Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518349393      Linoln Automotive Financial Services,    Attn: Bankruptcy,    PO Box 542000,
               Omaha, NE 68154-8000
518349397      Pnc Bank,   Attn: Bankruptcy Department,    PO Box 94982,    Cleveland, OH 44101-4982
518349398      Pnc Bank, N.A.,    PO Box 3180,   Pittsburgh, PA 15230-3180
518349401      Raymour & Flanigan,    Attn: Bankruptcy,   PO Box 130,    Liverpool, NY 13088-0130
518349403      Sears/Cbna,   PO Box 6217,    Sioux Falls, SD 57117-6217
518349404      Suntrust Bank/Greensky,    Attn: Bankruptcy,   PO Box 29429,    Atlanta, GA 30359-0429
518349405      Suntrustbank/Gs Loan S,    1797 Northeast Expy NE,    Atlanta, GA 30329-7803
518349425      Time Investment Co,    929 E North Riv,   West Bend, WI 53090
518349430      US Dep Ed,   PO Box 5609,    Greenville, TX 75403-5609
518349432     ++VALLEY,   ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
              (address filed with court:   Valley National Bank,    Attn: Legal Dept,    1455 Valley Rd,
               Wayne, NJ 07470-2089)
518349433     +Valley National Bank,    1460 Valley Rd,   Wayne, NJ 07470-8494
518349438     +Wells Fargo Bank,   PO BOX 503,    Des Moines, IA 50302-0503
518349445      Wfb Auto,   PO Box 10709,    Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518349356      EDI: BANKAMER.COM Jul 16 2020 04:08:00     Bank of America,   PO Box 982238,
               El Paso, TX 79998-2238
518349357      EDI: BANKAMER.COM Jul 16 2020 04:08:00     Bank of America,   4909 Savarese Cir,
               Tampa, FL 33634-2413
518349358      EDI: TSYS2.COM Jul 16 2020 04:08:00     Barclays Bank Delaware,   Attn: Correspondence,
               PO Box 8801,   Wilmington, DE 19899-8801
518349359      EDI: TSYS2.COM Jul 16 2020 04:08:00     Barclays Bank Delaware,   PO Box 8803,
               Wilmington, DE 19899-8803
518349365      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 16 2020 01:02:21     Capital Bank,N.A.,
               PO Box 9224,   Old Bethpage, NY 11804-9224
518349366      EDI: CAPITALONE.COM Jul 16 2020 04:08:00     Capital One,   Attn: Bankruptcy,   PO Box 30285,
               Salt Lake City, UT 84130-0285
518404612     +EDI: AIS.COM Jul 16 2020 04:08:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
518349367      EDI: CAPITALONE.COM Jul 16 2020 04:08:00     Capital One Bank USA N,   PO Box 30281,
               Salt Lake City, UT 84130-0281
518349368     +E-mail/Text: collections@cjfcu.org Jul 16 2020 00:53:37     Central Jersey FCU,
               380 Berry Street,   Woodbridge, NJ 07095-3347
518349370      EDI: CITICORP.COM Jul 16 2020 04:08:00     Citi,   PO Box 6190,   Sioux Falls, SD 57117-6190
518349372      EDI: CITICORP.COM Jul 16 2020 04:08:00     Citibank/the Home Depot,
               Attn: Recovery/Centralized Bankruptcy,   PO Box 790034,   Saint Louis, MO 63179-0034
518349375      EDI: WFNNB.COM Jul 16 2020 04:08:00     ComenityCapital/Boscov,   Attn: Bankruptcy Dept,
               PO Box 182125,   Columbus, OH 43218-2125
518349373      EDI: WFNNB.COM Jul 16 2020 04:08:00     Comenitybank/New York,   Attn: Bankruptcy,
               PO Box 18215,   Columbus, OH 43081
```

```
District/off: 0312-3            User: admin             Page 2 of 4              Date Rcvd: Jul 15, 2020
                                Form ID: 148            Total Noticed: 113


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518349374        EDI: WFNNB.COM Jul 16 2020 04:08:00       Comenitybank/Ny&Co,    PO Box 182789,
                 Columbus, OH   43218-2789
518349376        EDI: WFNNB.COM Jul 16 2020 04:08:00       Comenitycb/boscov,    PO Box 182120,
                 Columbus, OH   43218-2120
518349378        E-mail/PDF: DellBKNotifications@resurgent.com Jul 16 2020 01:02:37
                 Dell Financial Services LLC,    Attn: President/CEO,    PO Box 81577,    Austin, TX   78708-1577
518349382        EDI: DISCOVER.COM Jul 16 2020 04:08:00       Discover Financial,    Attn: Bankruptcy Department,
                 PO Box 15316,    Wilmington, DE   19850-5316
518349379        EDI: TSYS2.COM Jul 16 2020 04:08:00       Deptartment Store National Bank/Macy's,
                 Attn: Bankruptcy,    9111 Duke Blvd,    Mason, OH   45040-8999
518359692        EDI: DISCOVER.COM Jul 16 2020 04:08:00       Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH   43054-3025
518349381        EDI: DISCOVER.COM Jul 16 2020 04:08:00       Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE   19850-5316
518364078        EDI: FORD.COM Jul 16 2020 04:08:00       Ford Motor Credit Co LLC,    POB 62180,
                 Colorado Springs, CO   80962-4400
518361484        EDI: FORD.COM Jul 16 2020 04:08:00       Ford Motor Credit Company LLC,    Dept. 55953,
                 PO Box 55000,    Detroit, MI.   48255-0953
518376046        E-mail/Text: bk@freedomfinancialnetwork.com Jul 16 2020 00:53:30
                 Freedom Financial Asset Management, LLC,     P.O.Box 2340,    Phoenix, AZ 85002
518349386        E-mail/Text: bk@freedomfinancialnetwork.com Jul 16 2020 00:53:30        Freedom Plus,
                 1875 S Grant St,    San Mateo, CA   94402-2666
518349387        E-mail/Text: bk@freedomfinancialnetwork.com Jul 16 2020 00:53:30        Freedom Plus,
                 Attn: Bankruptcy,    PO Box 2340,    Phoenix, AZ   85002-2340
518349385        EDI: FORD.COM Jul 16 2020 04:08:00       Ford Motor Credit Comp,    PO Box 542000,
                 Omaha, NE   68154-8000
518349388       +E-mail/Text: bankruptcy@homepointfinancial.com Jul 16 2020 00:53:43        Home Point Financial C,
                 4849 Greenville Ave,    Dallas, TX 75206-4191
518349369        EDI: JPMORGANCHASE Jul 16 2020 04:08:00       Chase Card Services,    Attn: Bankruptcy,
                 PO Box 15298,    Wilmington, DE   19850-5298
518349390        EDI: JPMORGANCHASE Jul 16 2020 04:08:00       Jpmcb Card,    PO Box 15369,
                 Wilmington, DE   19850-5369
518349392       +E-mail/Text: bncnotices@becket-lee.com Jul 16 2020 00:53:53        Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518408329        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2020 01:03:22        LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518349394        EDI: TSYS2.COM Jul 16 2020 04:08:00       Macys/dsnb,    PO Box 8218,    Mason, OH   45040-8218
518349396        EDI: NAVIENTFKASMSERV.COM Jul 16 2020 04:08:00        Navient,    Attn: Bankruptcy,    PO Box 9000,
                 Wilkes Barre, PA   18773-9000
518349395       +EDI: NAVIENTFKASMSERV.COM Jul 16 2020 04:08:00        Navient,    123 S Justison St,
                 Wilmington, DE 19801-5363
518466613        EDI: PRA.COM Jul 16 2020 04:08:00       Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
518349400        E-mail/Text: bankruptcyteam@quickenloans.com Jul 16 2020 00:54:49        Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Ave,    Detroit, MI   48226-1906
518349399        E-mail/Text: bankruptcyteam@quickenloans.com Jul 16 2020 00:54:49        Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI   48226-1906
518376909       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 16 2020 00:54:49        Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
518349402        EDI: WFFC.COM Jul 16 2020 04:08:00       Rothman Furn,    Attn: Bankruptcy Mac F8235-02F,
                 PO Box 10438,    Des Moines, IA   50306-0438
518349411        EDI: RMSC.COM Jul 16 2020 04:08:00       Syncb/Pc Richard,    C/o,    PO Box 965036,
                 Orlando, FL   32896-5036
518349406        EDI: RMSC.COM Jul 16 2020 04:08:00       Syncb/ashley Homestore,    C/o,    PO Box 965036,
                 Orlando, FL   32896-5036
518349407        EDI: RMSC.COM Jul 16 2020 04:08:00       Syncb/jcp,    PO Box 965007,    Orlando, FL   32896-5007
518349408        EDI: RMSC.COM Jul 16 2020 04:08:00       Syncb/lowes,    PO Box 956005,    Orlando, FL   32801
518349409        EDI: RMSC.COM Jul 16 2020 04:08:00       Syncb/mc,    PO Box 965005,    Orlando, FL   32896-5005
518349410        EDI: RMSC.COM Jul 16 2020 04:08:00       Syncb/oldnavydc,    PO Box 965005,
                 Orlando, FL   32896-5005
518349412        EDI: RMSC.COM Jul 16 2020 04:08:00       Syncb/sleepys,    C/o,    PO Box 965036,
                 Orlando, FL   32896-5036
518349413        EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL   32896-5060
518350806       +EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518462190       +EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518349414        EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank/ Jc Penneys,    Attn: Bankruptcy,
                 PO Box 956060,    Orlando, FL   32801-5060
518349415        EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank/Hh Gregg,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL   32896-5060
518349416        EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL   32896-5060
518349417        EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL   32896-5060
518349418        EDI: RMSC.COM Jul 16 2020 04:08:00       Synchrony Bank/Pc Richard,    Attn: Bankruptcy,
                 PO Box 965060,    Orlando, FL   32896-5060
```

```
District/off: 0312-3          User: admin              Page 3 of 4                  Date Rcvd: Jul 15, 2020
                              Form ID: 148             Total Noticed: 113


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518349419      EDI: RMSC.COM Jul 16 2020 04:08:00      Synchrony/Ashley Furniture Homestore,   Attn: Bankruptcy,
                 PO Box 965060,   Orlando, FL  32896-5060
518406383     +E-mail/Text: bncmail@w-legal.com Jul 16 2020 00:54:42      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518349420      EDI: WTRRNBANK.COM Jul 16 2020 04:08:00      Target,   Attn: Bankruptcy,   PO Box 9475,
                 Minneapolis, MN  55440-9475
518349422      EDI: LCITDAUTO Jul 16 2020 04:08:00      Td Auto Finance,   Attn: Bankruptcy Dept,   PO Box 9223,
                 Farmington Hills, MI  48333-9223
518349421      EDI: LCITDAUTO Jul 16 2020 04:08:00      Td Auto Finance,   PO Box 9223,
                 Farmington, MI  48333-9223
518349423      EDI: WTRRNBANK.COM Jul 16 2020 04:08:00      Td Bank USA/Targetcred,   PO Box 673,
                 Minneapolis, MN  55440-0673
518349424      EDI: CITICORP.COM Jul 16 2020 04:08:00      Thd/Cbna,   PO Box 6497,
                 Sioux Falls, SD  57117-6497
518349426      E-mail/Text: bankruptcy@timeinvestment.com Jul 16 2020 00:54:34
                 Time Investment Company, Inc.,   Attn: Bankruptcy,   100 N 6th Ave,
                 West Bend, WI  53095-3306
518349427      EDI: WTRRNBANK.COM Jul 16 2020 04:08:00      Tnb-Visa (TV) / Target,
                 C/O Financial & Retail Services Mailstop,   PO Box 9475,   Minneapolis, MN  55440-9475
518416468      EDI: USBANKARS.COM Jul 16 2020 04:08:00      U.S. Bank National Association,
                 Bankruptcy Department,   PO Box 108,   St. Louis MO 63166-0108
518349428      EDI: USBANKARS.COM Jul 16 2020 04:08:00      US Bank/Rms Cc,   Attn: Bankruptcy,   PO Box 5229,
                 Cincinnati, OH  45201-5229
518349429      EDI: USBANKARS.COM Jul 16 2020 04:08:00      US Bk Rms Cc,   PO Box 108,
                 Saint Louis, MO  63166-0108
518349431      EDI: ECMC.COM Jul 16 2020 04:08:00      US Dept of Education,   Attn: Bankruptcy,   PO Box 16448,
                 Saint Paul, MN  55116-0448
518349443      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD  21701-4747
518349434      E-mail/PDF: DellBKNotifications@resurgent.com Jul 16 2020 01:03:59      Webbank/dfs,
                 PO Box 81607,   Austin, TX  78708-1607
518349435      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo,   PO Box 94435,
                 Albuquerque, NM  87199-4435
518349436      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Auto Finance,   Attn: Bankruptcy,
                 PO Box 29704,   Phoenix, AZ  85038-9704
518349437      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank,   Attn: Bankruptcy,   PO Box 10438,
                 Des Moines, IA  50306-0438
518349439      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank Auto,   PO Box 29704,
                 Phoenix, AZ  85038-9704
518349440      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank NA,   Attn: Bankruptcy,
                 1 Home Campus # MAC X2303-01A,   Des Moines, IA  50328-0001
518349441      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank Nv NA,   PO Box 94435,
                 Albuquerque, NM  87199-4435
518415800      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
518349442      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Financial,   PO Box 94435,
                 Albuquerque, NM  87199-4435
518349444      EDI: WFFC.COM Jul 16 2020 04:08:00      Wells Fargo Home Equity,   Attn: Bankruptcy,
                 PO Box 29704,   Phoenix, AZ  85038-9704
518349446      EDI: WFFC.COM Jul 16 2020 04:08:00      Wffnb/Home Project Vis,   PO Box 94435,
                 Albuquerque, NM  87199-4435
518349447      EDI: WFFC.COM Jul 16 2020 04:08:00      Wffnb/raymour & Faniga,   PO Box 94435,
                 Albuquerque, NM  87199-4435
                                                                                               TOTAL: 82

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518371006*   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,   P.O. Box 62180,
                 Colorado Springs, CO 80962)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jul 15, 2020
                              Form ID: 148             Total Noticed: 113
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert J. Malloy    on behalf of Creditor    CJFCU ecf.rjmalloylaw@gmail.com
          Steven J Sico    on behalf of Joint Debtor Darren   Karolewicz sjs@stevensico.com,
           stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbi
           rd.com
          Steven J Sico    on behalf of Debtor Amanda M. Karolewicz sjs@stevensico.com,
           stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbi
           rd.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 9
```