| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on July 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>AMANDA M. KAROLEWICZ<br>DARREN KAROLEWICZ<br><br><br>Debtor(s) | Case No.: 19-23618 / CMG<br><br>Chapter 13<br><br>Hearing Date: 7/15/20 at 9:00 AM<br><br>Judge: Christine M. Gravelle |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 15, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:  
Amanda M. Karolewicz  
Darren Karolewicz  
    Debtors

Case No. 19-23618-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Jul 15, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.  
db/jdb      Amanda M. Karolewicz,    Darren Karolewicz,    23 Wittenberg Dr,    Fords, NJ   08863-1214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB  
          EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Robert J. Malloy    on behalf of Creditor    CJFCU ecf.rjmalloylaw@gmail.com  
         Steven J Sico    on behalf of Joint Debtor Darren   Karolewicz sjs@stevensico.com,  
          stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com  
         Steven J Sico    on behalf of Debtor Amanda M. Karolewicz sjs@stevensico.com,  
          stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                 TOTAL: 9