Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19–23618–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Amanda M. Karolewicz | Darren Karolewicz |
| 23 Wittenberg Dr | 23 Wittenberg Dr |
| Fords, NJ 08863–1214 | Fords, NJ 08863–1214 |

Social Security No.:
  xxx–xx–1351                                              xxx–xx–9417

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 30, 2020</u>                    <u>Christine M. Gravelle</u>
                                                                           Judge, United States Bankruptcy Court